# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-06873-SVW-AS | Date | February 2, 2023 |
|---|---|---|---|
| Title | Brandi Montana v. Cigna et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

On January 18, 2023, the Court issued an order to show cause why this action should not be dismissed for lack of prosecution.

On January 25, 2023, plaintiff filed a document entitled, "Pleading Attachment for Damages."

Plaintiff's response failed to address the issues in the OSC. To date, plaintiff has failed to respond to the OSC.

The Court orders the case dismissed.

                                                                                                    :
                                                              Initials of Preparer          PMC